UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL THERIOT, JR.,** | * | **CIVIL ACTION NO. 13-6491** |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | **JUDGE MARTIN L.C.** |
| | * | **FELDMAN** |
| **WAL-MART LOUISIANA, LLC.,** | * | |
| | * | |
| Defendant. | * | **MAGISTRATE KAREN** |
| | * | **WELLS ROBY** |
| ********************************************* | * | |

## JOINT MOTION TO DISMISS

NOW INTO COURT, comes plaintiff herein, Michael Theriot, Jr., and defendant herein, Wal-Mart Louisiana, LLC, through their respective undersigned counsel, upon representing that all matters in controversy in the captioned lawsuit have been resolved, move this Court for entry of an Order dismissing this cause and all claims asserted therein, with prejudice, with each party to bear its/his costs.

**WHEREFORE**, the Parties request that the Court issue an order dismissing this cause and all claims asserted therein, with prejudice, with each party to bear its/his costs.

Respectfully submitted,

/s/ Susan Meyers
Susan Meyers (La. Bar No. 29346)
Advocacy Center
8325 Oak Street
New Orleans, Louisiana 70118
Telephone (504) 522-2337, ext. 138
Facsimile (504) 522-5507

        E-Mail: smeyers@advocacyla.org
        Attorney for Plaintiff
        Michael Theriot, Jr.

        /s/ Stephen P. Beiser
        STEPHEN P. BEISER, La. 14074
        SUSANNE VETERS, La. 27361
        McGLINCHEY STAFFORD
        601 Poydras Street, 12th floor
        Telephone:  (504) 596-2756
        Facsimile:  (504) 324-0965
        Attorneys for Defendant
        Wal-Mart Louisiana, LLC

## CERTIFICATE OF SERVICE

    I certify that on September 10, 2015, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

        /s/ Stephen P. Beiser
        STEPHEN P. BEISER

1283952.3