## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL THERIOT, JR.,** | * | **CIVIL ACTION NO. 13-6491** |
| **Plaintiff,** | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| **WAL-MART LOUISIANA, LLC.,** | * | |
| **Defendant.** | * | **MAGISTRATE KAREN WELLS ROBY** |

*********************************************

## **ORDER**

Considering the foregoing Motion;

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's case against defendant, Wal-Mart Louisiana, LLC, be and is hereby dismissed, with prejudice.

New Orleans, Louisiana, this  1st  day of   October  , 2015.

_____
JUDGE

1446443.1